# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| KATHY DARLINE McDANIEL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:16-cv-00081 |
| SOCIAL SECURITY ADMINISTRATION, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE MORRIS |
| Defendant. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report And Recommendation On Plaintiff's Motion For Summary Judgment (Doc. No. 26), which was filed on February 20, 2018. Through the Report And Recommendation, the Magistrate Judge finds that the decision of the Social Security Administration is supported by substantial evidence, and recommends that the Plaintiff's Motion For Judgment On The Record (Doc. No. 17)[1] be denied. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes that it should be adopted and approved. Accordingly, the decision of the Social Security Administration is AFFIRMED, and the Plaintiff's Motion is DENIED.

This action is **DISMISSED**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge mistakenly referred to the Motion as one for summary judgment.